| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
DISTRICT OF PUERTO RICO

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
ARVADA CORPORATION

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
66-0863238

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **AVE PINERO 1578**<br>**SAN JUAN, PR 00921**<br>Number, Street, City, State & ZIP Code | **PMB 154**<br>**295 PALMAS INN WAY STE 130**<br>**HUMACAO, PR 00791**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **San Juan**<br>County | **Location of principal assets, if different from principal place of business**<br>**AVE PINERO 1578 San Juan, PR 00921**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **ARVADA CORPORATION**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  **ARVADA CORPORATION**  Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency
        Contact name
        Phone

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☒ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor   **ARVADA CORPORATION**_____  Case number (*if known*)_____
         Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **ARVADA CORPORATION**  Case number (*if known*)
   Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 9, 2024**
             MM / DD / YYYY

X  **/s/ JOSEPH MAQUEDA CARRION**          **JOSEPH MAQUEDA CARRION**
   Signature of authorized representative of debtor    Printed name

Title  **President**

**18. Signature of attorney**

X  **/s/ JUAN A SANTOS BERRIOS**      Date  **February 9, 2024**
   Signature of attorney for debtor              MM / DD / YYYY

**JUAN A SANTOS BERRIOS**
Printed name

**Santos-Berrios Law Offices, LLC**
Firm name

**PO Box 9102**
**Humacao, PR 00792-9102**
Number, Street, City, State & ZIP Code

Contact phone  **787-285-1001**    Email address  **santosberriosbk@gmail.com**

**212506 PR**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **ARVADA CORPORATION** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 9, 2024**

X **/s/ JOSEPH MAQUEDA CARRION**
Signature of individual signing on behalf of debtor

**JOSEPH MAQUEDA CARRION**
Printed name

**President**
Position or relationship to debtor

Official Form 202             Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name  **ARVADA CORPORATION**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **ARVADA CORPORATION** |
| United States Bankruptcy Court for the: | **DISTRICT OF PUERTO RICO** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |                                       |                                          | Total claim | Priority amount |
|-----|---------------------------------------|------------------------------------------|-------------|-----------------|
| 2.1 | Priority creditor's name and mailing address<br>**PR DEPARTMENT OF TREASURY**<br>**BANKRUPTCY SECTION (424-B)**<br>**PO BOX 9024140**<br>**SAN JUAN, PR 00902-4140**<br><br>Date or dates debt was incurred<br>**2021**<br><br>Last 4 digits of account number **3238**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**IVU Tax Principal, interests, surcharges & penalties**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$16,852.22** | **$12,197.42** |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|     |                                       |                                          | Amount of claim |
|-----|---------------------------------------|------------------------------------------|-----------------|
| 3.1 | Nonpriority creditor's name and mailing address<br>**ALTAGRACIA TINA MIRANDA MD**<br>**1000 NW 5TH STREET SUITE 1000**<br>**MIAMI, FL 33128**<br><br>Date(s) debt was incurred **2020**<br>Last 4 digits of account number | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Unfinished project claim**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$20,000.00** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**ANTILLEAN ADVENTIST UNIVERSITY**<br>**C/O MS MYRNA COLON, PRESIDENT**<br>**PO BOX 118**<br>**MAYAGUEZ, PR 00681**<br><br>Date(s) debt was incurred **9/27/2021**<br>Last 4 digits of account number | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Unfinished project claim**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$305,000.00** |

Debtor **ARVADA CORPORATION**  
Name

Case number (if known) _____

---

**3.3**  **Nonpriority creditor's name and mailing address**  
**BORIQUEN D/B/A BUCANERO BBQ**  
**C/O ORLANDO LUGO**  
**CARR 3 KM 79.5 BO RIO ABAJO**  
**HUMACAO, PR 00791**

Date(s) debt was incurred  **2021**  
Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim:  **Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

$5,000.00

---

**3.4**  **Nonpriority creditor's name and mailing address**  
**C.C. KRUGER ASSOCIATES CORP**  
**CALLE MEXICO #4**  
**EDIF AREY SUITE 500**  
**JAN JUAN, PR 00917**

Date(s) debt was incurred  **2023**  
Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim:  **Equipment sale**

Is the claim subject to offset?  ■ No  ☐ Yes

$75,000.00

---

**3.5**  **Nonpriority creditor's name and mailing address**  
**CARLOS J CRESPO MASSA d/b/a I-BIKE**  
**URB CONDADO MODERNO**  
**114 CALLE JAZMIN**  
**CAGUAS, PR 00725**

Date(s) debt was incurred  **2/25/2019**  
Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim:  **Unfinished project claim**

Is the claim subject to offset?  ■ No  ☐ Yes

$66,063.75

---

**3.6**  **Nonpriority creditor's name and mailing address**  
**DAVID HARGETT**  
**32776 SKYLARK DR**  
**LAKE ELSINORE, CA 92530**

Date(s) debt was incurred  **2021**  
Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim:  **Unfinished project claim**

Is the claim subject to offset?  ■ No  ☐ Yes

$80,000.00

---

**3.7**  **Nonpriority creditor's name and mailing address**  
**GONZALEZ SANITECH / TRANSPORTE GONZALEZ**  
**PO BOX 7476**  
**MAYAGUEZ, PR 00681**

Date(s) debt was incurred  **2020 - 2023**  
Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim:  **Maintenance services**

Is the claim subject to offset?  ■ No  ☐ Yes

$4,500.00

---

**3.8**  **Nonpriority creditor's name and mailing address**  
**IPFS CORPORATION**  
**250 AVE MUNOZ RIVERA SUITE 1118**  
**SAN JUAN, PR 00918-1816**

Date(s) debt was incurred  **2024**  
Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim:  **Insurance Premiums (Popular Auto)**

Is the claim subject to offset?  ■ No  ☐ Yes

$1,500.00

---

**3.9**  **Nonpriority creditor's name and mailing address**  
**JOSE MENDEZ d/b/a EMANUEL TRUCK**  
**RR #7 BOX 8287**  
**SAN JUAN, PR 00926**

Date(s) debt was incurred  **2023**  
Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
■ Disputed  

Basis for the claim:  **Commissions claimed**  
**Debtor admitts $0 debt.**

Is the claim subject to offset?  ■ No  ☐ Yes

$50,000.00

---

Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 2 of 4

Debtor **ARVADA CORPORATION** Case number (if known) _____
    Name

| 3.10 | **Nonpriority creditor's name and mailing address**<br>**KARLA AYUSO**<br>**URB LAS MERCEDES**<br>**F-152 CALLE 6**<br>**LAS PIEDRAS, PR 00771**<br><br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Unfinished project claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,000.00** |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**NATHAN ALLEN**<br>**BO CANOVANILLAS**<br>**CARR 857 KM 2.5**<br>**CAROLINA, PR 00985**<br><br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Unfinished project claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$107,564.90** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**POPULAR AUTO**<br>**PO BOX 15011**<br>**SAN JUAN, PR 00902-8511**<br><br>Date(s) debt was incurred **9/24/2020**<br>Last 4 digits of account number **6061** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Leasing Contract (2020 Honda Passport)**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$32,833.54** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**PUERTO RICO SCIENCE, TECHNOLOGY AND RESEARCH TRUST**<br>**PO BOX 363475**<br>**SAN JUAN, PR 00936-3475**<br><br>Date(s) debt was incurred **8/13/2020**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$27,500.00** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**TRANSPORTE ROSARIO INC**<br>**HC 05 BOX 52159**<br>**CAGUAS, PR 00725**<br><br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Container delivery claim**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$8,500.00** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**US SMALL BUSINESS ADMINISTRATION**<br>**DISASTER LOAN SERVICING CENTER**<br>**1545 HAWKINS BLVD SUITE 202**<br>**EL PASO, TX 79925**<br><br>Date(s) debt was incurred **5/25/2020**<br>Last 4 digits of account number **7809** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Disaster Assistance Loan (Disaster COVID-19 Economic Injury)**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$91,500.00** |

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

Debtor  **ARVADA CORPORATION**  Case number (if known) _____
       Name

|  | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **CESAR CORDERO**<br>**CALLE MEXICO #4**<br>**EDIF AREY SUITE 500**<br>**SAN JUAN, PR 00917** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **CESC - COVID EIDL SERVICE CENTER**<br>**14925 KINGSPORT RD**<br>**FORT WORTH, TX 76166** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **DEPARTMENT OF JUSTICE**<br>**FEDERAL LITIGATION DIVISION**<br>**PO BOX 9020192**<br>**SAN JUAN, PR 00902-0192** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **JOSE RAFAEL MILAN NEGRON ESQ.**<br>**JOSE RAFAEL MILAN MUNIZ ESQ**<br>**PO BOX 544**<br>**SABANA GRANDE, PR 00637** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **MARIA ANGELINA CINTRON PASTRANA ESQ**<br>**283 AVE WINSTON CHURCHILL**<br>**EL SENORIAL**<br>**SAN JUAN, PR 00926** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **US ATTORNEY OFFICE**<br>**TORRE CHARDON-SUITE 1201**<br>**350 CARLOS CHARDLON ST**<br>**SAN JUAN, PR 00918** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **US SMALL BUSINESS ADMINISTRATION**<br>**273 PONCE DE LEON AVE SUITE 510**<br>**PLAZA 273**<br>**SAN JUAN, PR 00917-1930** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **16,852.22** |
| **5b. Total claims from Part 2** | 5b. + $ | **884,962.19** |
| **5c. Total of Parts 1 and 2**<br>   Lines 5a + 5b = 5c. | 5c. $ | **901,814.41** |

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 4 of 4

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

In re **ARVADA CORPORATION**      Case No.
Debtor(s)      Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **3,000.00** |
   | Prior to the filing of this statement I have received | $ **3,000.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify): **President**

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **February 9, 2024** | **/s/ JUAN A SANTOS BERRIOS** |
| *Date* | **JUAN A SANTOS BERRIOS** |
| | *Signature of Attorney* |
| | **Santos-Berrios Law Offices, LLC** |
| | **PO Box 9102** |
| | **Humacao, PR 00792-9102** |
| | **787-285-1001  Fax: 787-285-8358** |
| | **santosberriosbk@gmail.com** |
| | *Name of law firm* |

**United States Bankruptcy Court**
**District of Puerto Rico**

In re  **ARVADA CORPORATION**   Case No.
　　　　　　　　　　　　　Debtor(s)   Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 9, 2024**　　　　　　**/s/ JOSEPH MAQUEDA CARRION**
　　　　　　　　　　　　　　　　　　**JOSEPH MAQUEDA CARRION**/**President**
　　　　　　　　　　　　　　　　　　Signer/Title

| | | |
|---|---|---|
| ARVADA CORPORATION<br>PMB 154<br>295 PALMAS INN WAY STE 130<br>HUMACAO, PR 00791 | DAVID HARGETT<br>32776 SKYLARK DR<br>LAKE ELSINORE, CA 92530 | POPULAR AUTO<br>PO BOX 15011<br>SAN JUAN, PR 00902-8511 |
| JUAN A SANTOS BERRIOS<br>SANTOS-BERRIOS LAW OFFICES, LLC<br>PO BOX 9102<br>HUMACAO, PR 00792-9102 | DEPARTMENT OF JUSTICE<br>FEDERAL LITIGATION DIVISION<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | PR DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION (424-B)<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| ALTAGRACIA TINA MIRANDA MD<br>1000 NW 5TH STREET SUITE 1000<br>MIAMI, FL 33128 | GONZALEZ SANITECH / TRANSPORTE GONZALEZ<br>PO BOX 7476<br>MAYAGUEZ, PR 00681 | PUERTO RICO SCIENCE, TECHN<br>AND RESEARCH TRUST<br>PO BOX 363475<br>SAN JUAN, PR 00936-3475 |
| ANTILLEAN ADVENTIST UNIVERSITY<br>C/O MS MYRNA COLON, PRESIDENT<br>PO BOX 118<br>MAYAGUEZ, PR 00681 | IPFS CORPORATION<br>250 AVE MUNOZ RIVERA SUITE 1118<br>SAN JUAN, PR 00918-1816 | TRANSPORTE ROSARIO INC<br>HC 05 BOX 52159<br>CAGUAS, PR 00725 |
| BORIQUEN D/B/A BUCANERO BBQ<br>C/O ORLANDO LUGO<br>CARR 3 KM 79.5 BO RIO ABAJO<br>HUMACAO, PR 00791 | JOSE MENDEZ D/B/A EMANUEL TRUCK<br>RR #7 BOX 8287<br>SAN JUAN, PR 00926 | US ATTORNEY OFFICE<br>TORRE CHARDON-SUITE 1201<br>350 CARLOS CHARDLON ST<br>SAN JUAN, PR 00918 |
| C.C. KRUGER ASSOCIATES CORP<br>CALLE MEXICO #4<br>EDIF AREY SUITE 500<br>JAN JUAN, PR 00917 | JOSE RAFAEL MILAN NEGRON ESQ.<br>JOSE RAFAEL MILAN MUNIZ ESQ<br>PO BOX 544<br>SABANA GRANDE, PR 00637 | US SMALL BUSINESS ADMINIST<br>DISASTER LOAN SERVICING CEN<br>1545 HAWKINS BLVD SUITE 202<br>EL PASO, TX 79925 |
| CARLOS J CRESPO MASSA D/B/A I-BIKE<br>URB CONDADO MODERNO<br>114 CALLE JAZMIN<br>CAGUAS, PR 00725 | KARLA AYUSO<br>URB LAS MERCEDES<br>F-152 CALLE 6<br>LAS PIEDRAS, PR 00771 | US SMALL BUSINESS ADMINIST<br>273 PONCE DE LEON AVE SUITE 51<br>PLAZA 273<br>SAN JUAN, PR 00917-1930 |
| CESAR CORDERO<br>CALLE MEXICO #4<br>EDIF AREY SUITE 500<br>SAN JUAN, PR 00917 | MARIA ANGELINA CINTRON PASTRANA ESQ<br>283 AVE WINSTON CHURCHILL<br>EL SENORIAL<br>SAN JUAN, PR 00926 | |
| CESC - COVID EIDL SERVICE CENTER<br>14925 KINGSPORT RD<br>FORT WORTH, TX 76166 | NATHAN ALLEN<br>BO CANOVANILLAS<br>CARR 857 KM 2.5<br>CAROLINA, PR 00985 | |

# United States Bankruptcy Court
## District of Puerto Rico

In re **ARVADA CORPORATION**
Debtor(s)

Case No.
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **ARVADA CORPORATION** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 9, 2024**
Date

**/s/ JUAN A SANTOS BERRIOS**
**JUAN A SANTOS BERRIOS**
Signature of Attorney or Litigant
Counsel for **ARVADA CORPORATION**
**Santos-Berrios Law Offices, LLC**
**PO Box 9102**
**Humacao, PR 00792-9102**
**787-285-1001 Fax:787-285-8358**
**santosberriosbk@gmail.com**